**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:18-cr-00115** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **ELVER VARGAS-DIAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Defendant's sentencing is scheduled for Monday, October 22, 2018. By Order dated July 16, 2018 (Doc. No. 17), the Court required the parties to file sentencing memoranda no later than seven days prior to the day of sentencing. That date – October 15, 2018 – has come and gone without the filing of Defendant's memorandum. As the Court has now reiterated time and again, parties must timely file sentencing memoranda regardless of what sentence they seek and how straightforward a case may appear to counsel. The Court requires time and information to prepare for every sentencing.

Counsel for Defendant **SHALL** file a sentencing memorandum discussing the 3553(a) factors, no later than **12:00 p.m. on Thursday, October 18, 2018**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE